IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRICKS ANDERSON,

        Plaintiff,

v.

PITNEY BOWES, INC., et al.,

        Defendants.

_____

No. C 04-4808 SBA

**ORDER**

By Order of this Court, this matter was referred to binding arbitration on May 4, 2005 [Docket No. 24.]

Accordingly,

IT IS HEREBY ORDERED THAT this case is DISMISSED WITHOUT PREJUDICE TO BEING REOPENED upon the conclusion of the arbitration proceedings. Upon written application by any party within 60 days of the conclusion of the arbitration proceedings, this matter shall be reopened and restored to the active civil calendar. Failure to move to reopen the matter within 60 days of the conclusion of the arbitration proceedings will result in this dismissal becoming final, absent any extension of time previously granted.

Should any party object to this Order and believe there are issues for this Court to resolve which would justify leaving this case open on its active docket notwithstanding the current status, leave is hereby granted to file such objection with the basis therefore on or before February 13, 2006.

IT IS SO ORDERED

Dated: 1/30/06

                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge